1042

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY
CLARK MURPHY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88920, H. Joseph Coleman, J., entered June 12,
1979. *Reversed* and *remanded* by unpublished opinion per
Dore, J., concurred in by Swanson and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v.
LIONEL BERRYSMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J–87811, Jerome M. Johnson, J., entered
August 16, 1979. *Affirmed* by unpublished opinion per
James, A.C.J., concurred in by Andersen and Ringold, JJ.